**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re      Dhiane Machado | Related Bankruptcy Case: 12–10389 |
| | Chapter 13 |
| Debtor | Judge Frank J. Bailey |
| Dhiane Machado | Adversary Proceeding: 14–01231 |
| Plaintiff | |
| vs. | |
| Ocwen Loan Servicing | |
| Defendant | |

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer within 35 days.

**ANSWER DUE: 1/2/15**

> Address of Clerk:
> U. S. Bankruptcy Court
> J.W. McCormack Post Office & Court House
> 5 Post Office Square, Suite 1150
> Boston, MA 02109–3945

**At the same time,** you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney:
> David G. Baker
> 236 Huntington Avenue, Ste. 306
> Boston, MA 02115

If you make a motion, your time to answer is governed by FRBP 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: 12/2/14

James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,



Kaitlin Copson
Deputy Clerk
(617) 748– 5343

Chapter 13
Adversary Proceeding: 14–01231
Judge Frank J. Bailey

## CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made :_____(date) by:

☐   Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐   Publication: The defendant was served as follows: [Describe briefly]

☐   State Law: The defendant was served pursuant to the laws of the State of_____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____                                                              _____
Date                                                                                                Signature

_____
Print Name
_____
Business Address
_____
City            State            Zip